Case 1:07-cv-04820-RBK-JS   Document 56   Filed 08/19/2008   Page 1 of 1

# Console Law Offices LLC
COUNSELORS AT LAW

1525 Locust Street, 9th Floor
Philadelphia, PA 19102
215-545-7676
Fax: 215-545-8211

August 19, 2008

New Jersey:
856-854-4000
Fax: 856-854-4006
www.consolelaw.com
**Susan M. Saint-Antoine**
santanto@consolelaw.com

**Via the Court's CM/ECF System and Telefax**

The Honorable Joel Schneider
Mitchell H. Cohen Federal Building & U.S. Courthouse
One John F. Gerry Plaza
P.O. Box 2736
Camden, NJ 08101

Re:  Fisher, *et al.* v. Columbia Sussex Corp., *et al.* (No. 07-4820)
     Lee, *et al.* v. Columbia Sussex Corp., *et al.* (No. 08-1147)
     Asselta, *et al.* v. Columbia Sussex Corp., *et al.* (No. 08-2007)
     **Request for Extension of August 29, 2008 Deadline**

Dear Judge Schneider:

I am writing regarding electronic discovery and to request a brief extension of the August 29, 2008, deadline for the parties to file motions to compel or for protective orders (per Your Honor's text Order dated July 3, 2008). The parties are still discussing issues such as appropriate search terms and the scope of data production, and we are hopeful that we will resolve these issues amicably. It is unlikely, however, that we will do so by August 29th. Accordingly, we respectfully request an extension until September 15, 2008, as the parties try to reach an agreement as to the electronic discovery that is to be produced and, based on the extent of the production, the time within which production can reasonably be made.

We have spoken with counsel for defendants Columbia Sussex Corporation and Tropicana Casinos and Resorts, Inc., and with counsel for defendant Adamar of New Jersey, Inc., and they join in this request.

Thank you for your attention to this matter.

Respectfully submitted,

Susan M. Saint-Antoine
Attorney for Plaintiffs

SMS/ss
cc: All counsel of record (via ECF)

So Ordered this 20th day
of August, 2008
JOEL SCHNEIDER, USMJ